IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01224-PAB-MEH

CRANE & HOIST, INC.,

    Plaintiff,

v.

MOLTZ CIVIL, LLC, a Colorado limited liability company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 10, 2012.**

    For good cause shown, the Joint Motion to Stay Proceedings Pending Mediation [filed July 9, 2012; docket #9] is **granted**. The Court will impose a 90-day stay of proceedings commencing June 6, 2012, the deadline for filing an answer or other response to the Complaint in this matter. The Clerk of the Court is directed to stay this matter until September 4, 2012. The Scheduling Conference currently set for July 30, 2012 is **vacated and rescheduled** to **September 11, 2012 at 9:45 a.m.** All other aspects of this Court's May 24, 2012 order (docket #6) remain in effect.