IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01224-PAB-MEH

CRANE & HOIST, INC.,

    Plaintiff,

v.

MOLTZ CIVIL, LLC, a Colorado limited liability company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 20, 2012.**

    For good cause shown, the Joint Motion to Extend the Stay of Proceedings [filed August 20, 2012; docket #12] is **granted**. The Court will extend the current stay of proceedings for 30 days, and direct the Clerk of the Court to stay this matter until October 4, 2012. The Court will grant no further extensions of this temporary stay absent a showing of exceptional cause.

    The Scheduling Conference currently set for September 11, 2012 is **vacated and rescheduled** to **October 11, 2012 at 9:45 a.m.** All other aspects of this Court's May 24, 2012 order (docket #6) remain in effect.